62

CINCINNATI BAR ASSOCIATION *v.* LISNER.

[Cite as Cincinnati Bar Assn. v. Lisner (1981),
65 Ohio St. 2d  62.]

(D.D. No. 80-16—Decided March 25, 1981.)

*Mr. Douglas G. Cole,* for relator.

*Per Curiam.* After an examination and review of the record in this cause, this court concurs with the findings of fact and the recommendation of the board of commissioners, and it is hereby ordered that respondent be permanently disbarred from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C. J., W. BROWN, P. BROWN, SWEENEY, LOCHER, HOLMES and C. BROWN, JJ., concur.